Order Form (01/2005)

CH

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 144 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Averbakh vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed In Forma Pauperis [4] is granted. Plaintiff reports that he last worked, in Russia, in 1991, earning 3300 roubles per month.

*Charles R Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|