# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 144 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Averbakh vs. Chertoff | | |

**DOCKET ENTRY TEXT**

The court orders the parties to brief the issue of whether the court has subject matter jurisdiction over this case. See, e.g., Sharif v. Chertoff, 497 F. Supp. 2d 928 (N.D. Ill. 2007) (Norgle, J.); Zeng v. Chertoff, No. 06-112, 2007 U.S. Dist. LEXIS 67307 (D. N.D. Sept. 11, 2007). Briefs are due on or before February 22, 2008.

*[signed] Charles Norgle*

Docketing to mail notices.

Courtroom Deputy Initials: