UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEV AVERBAKH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 144 |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, SECRETARY OF ) | Judge Norgle |
| THE DEPARTMENT OF HOMELAND ) | |
| SECURITY, ET AL., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF CONCERNING SUBJECT MATTER JURISDICTION**

Federal defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby file this motion to extend the time to file their brief concerning subject matter jurisdiction. In support, federal defendants submit the following:

1. On January 10, 2008, this court ordered the parties to file briefs regarding the issue of whether the court has subject matter jurisdiction over this case by February 22, 2008.

2. Due to an unexpected and extended illness, the Assistant U.S. Attorney assigned as counsel for federal defendants in this case has been absent from work and unable to timely complete the brief requested by the court.

3. On February 21, 2008, the assigned AUSA advised undersigned counsel of his belief that he will return to work and be able to complete the requested brief within fourteen (14) days.

4. On February 21, 2008, undersigned counsel explained the foregoing circumstances and was advised that plaintiff has no objection to the granting of this motion.

WHEREFORE, federal defendants request that this court extend the deadline for filing their brief concerning subject matter jurisdiction by fourteen (14) days, to and including March 7, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Samuel D. Brooks
   SAMUEL D. BROOKS
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-5342
   sam.brooks@usdoj.gov

## CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    **Notice of Motion**

    **Unopposed Motion for Extension of Time to File Brief Concerning Subject Matter Jurisdiction**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on February 21, 2008, to the following non-ECF filers:

    David M. Cook
    Kenneth Y. Geman & Assoc.
    33 N. LaSalle Street
    Suite 2300
    Chicago, IL  60602

        By:    s/ Samuel D. Brooks
                 SAMUEL D. BROOKS
                 Assistant United States Attorney
                 219 South Dearborn Street
                 Chicago, Illinois 60604
                 (312) 353-5342
                 sam.brooks@usdoj.gov