UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEV AVERBAKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 144 |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF | ) | |
| THE DEPARTMENT OF HOMELAND | ) | Judge Norgle |
| SECURITY, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   David M. Cook
　　　Kenneth Y. Geman & Assoc.
　　　33 N. LaSalle Street
　　　Suite 2300
　　　Chicago, IL  60602

PLEASE TAKE NOTICE that on Friday, February 29, 2008, at 10:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Norgle in courtroom 2341, the courtroom usually occupied by him, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached

**Unopposed Motion for Extension of Time to File Brief Concerning Subject Matter Jurisdiction**

in the above-captioned case at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By: s/ Samuel D. Brooks
           SAMUEL D. BROOKS
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5342
           sam.brooks@usdoj.gov