**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lev Averbakh

                  Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00144
　　　　　　　　　　　　　　　　　　　　Honorable Charles R. Norgle Sr.

Michael Chertoff, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

    MINUTE entry before Judge Charles R. Norgle Sr.:Unopposed Motion for Extension of Time to File Brief Concerning Subject Matter Jurisdiction [14] is granted. The federal defendants' time for filing their brief is extended to and including March 7, 2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.