UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEV AVERBAKH ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 144 |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | Judge Norgle |
| Department of Homeland Secuity, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE FOR LEAVE TO REINSTATE WITHIN SIXTY DAYS**

Plaintiff Lev Averbakh, by his attorney David M. Cook, and the defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby stipulate to the dismissal of this case without prejudice for leave to reinstate within sixty (60) days pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party will bear its own costs and fees.


/s/ David Cook
_____
For plaintiff Lev Averbakh

DAVID M. COOK
Kenneth Y. Geman and Associates
33 N. LaSalle, Suite 2300
Chicago, IL 60602
(312) 263-6114
david@gemanimmigrationlaw.com

For the Defendants

PATRICK J. FITZGERALD
United States Attorney

By:  /s James M. Kuhn Sr.
     JAMES M. KUHN Sr.
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1877
     james.kuhn@usdoj.gov